IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

MAR 0 3 2020

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

KEVIN MELVIN WEEKS, GDC 967825
    Plaintiff,

vs.

ROBERT C. GRADY, et al.,
    Defendants

CIVIL ACTION No. 1:18-CV-1373-SDG-JKL

JURY TRIAL DEMANDED

## NOTICE OF PLAINTTIFF'S CHANGE OF ADDRESS

COMES NOW, Kevin Melvin Weeks, Plaintiff, Pro Se and incarcerated at Wilcox State Prison in Abbeville, Georgia and pursuant to LR 41.2 (B) Failure to Update Office Address and Number, and files this notice to inform this Court of the address change and request that the new address be filed within the Court Clerks records. The plaintiff's current mailing address is as follows:

Kevin M. Weeks
GDC-967825
Wilcox State Prison
P.O. Box 397
Abbeville, Georgia 31001

Respectfully submitted this 29rd day of February 2020.

[Signature on following page]

                                                                                              */s/ Kevin M. Weeks*
                                                                                                                      Kevin M. Weeks

Please direct communications to:
Kevin M. Weeks
Inmate Number 967825
Wilcox State Prison
P.O. Box 397
Abbeville, Georgia 31001

This envelope is made from post-consumer waste. Please recycle - again.

# PRIORITY MAIL®

- DATE OF DELIVERY
- USPS TRACKING™ II
- INSURANCE INCLUDED
- PICKUP AVAILABLE * Domestic only

WHEN USED INTERNATIONALLY A CUSTOMS DECLARATION LABEL MAY BE REQUIRED.

CLEARED
MAR - 3 2020
U.S. Marshals
Atlanta, GA

PRESS FIRMLY TO SEAL

PRESS FIRMLY TO SEAL

PS00001000014

EP14F July 2013
OD: 12.5 x 9.5

VISIT US AT USPS.COM
ORDER FREE SUPPLIES ONLINE

---

**UNITED STATES POSTAL SERVICE®**  **Click-N-Ship®**

P
usps.com
$10.40
US POSTAGE
Flat Rate Env
Signature Confirmation

9410 8036 9930 0119 0269 62 0104 0000 0013 0303

03/02/2020     Malled from 30040    062S0000001311

**PRIORITY MAIL 1-DAY™**

RENE BOSTIC
POA FOR KEVIN WEEKS
7445 ASHFORD MANOR WAY
CUMMING GA 30040-6768

Expected Delivery Date: 03/03/20

0006

C039

**SIGNATURE REQUIRED**

SHIP TO:
CLERK, U. S. DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
75 TED TURNER DR SW
2211 US COURTHOUSE
ATLANTA GA 30303-3315